**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
ONE MARITIME PLAZA, 6TH FL.
SAN FRANCISCO, CA 94111-3409
TELEPHONE: 415.434.4484
FACSIMILE: 415.434.4507

NANCY J. GEENEN, BAR NO. 135968
ANDREA T. PORTER, BAR NO. 095984
JOSEPH W. BEATTY, BAR NO. 214875

COUNSEL FOR CHAPTER 11 TRUSTEE

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>**MEDIA GROUP, INC.**, A CALIFORNIA CORPORATION,<br><br>DEBTOR.<br><br>TAX ID NO. 94-3222949 | CHAPTER 7 (CONVERTED 10/25/2002)<br><br>CASE NO. 01-45924<br><br>**DECLARATION OF JOSEPH W. BEATTY IN SUPPORT OF FIRST AND FINAL FEE APPLICATION OF FOLEY & LARDNER LLP FOR ALLOWANCE OF FEES AND EXPENSES (SEPTEMBER 16, 2002 THROUGH DECEMBER 1, 2004)**<br><br>DATE: TO BE DETERMINED<br>TIME: TO BE DETERMINED<br>PLACE: 1300 CLAY STREET, 2ND FLOOR, OAKLAND, CALIFORNIA 94612 COURTROOM 201<br>JUDGE: HON. LESLIE J. TCHAIKOVSKY |

I, Joseph W. Beatty, declare:

I am an attorney at law, licensed to practice in the State of California and before this Court. I am a Senior Counsel at the firm of Foley & Lardner LLP ("Counsel"). I make this declaration in that capacity and, if called upon to do so, I could and would testify of my own personal knowledge to the facts set forth herein.

1. I submit this declaration in support of the First Application of Foley & Lardner for Allowance of Fees and Expenses (September 16, 2002 through December 1, 2004).

016.336028.1

Case: 01-45924  Doc# 367  Filed: 12/08/04  Entered: 12/08/04 15:27:53  Page 1 of 2

DECLARATION OF JOSEPH W. BEATTY IN SUPPORT OF FIRST AND FINAL APPLICATION OF FOLEY & LARDNER FOR ALLOWANCE OF FEES AND EXPENSES
CASE NO. 01-45924

2. Media Group, Inc. filed a petition for relief under chapter 11 of the Bankruptcy Code on November 5, 2001, and the order approving the selection of Uecker & Associates, Inc. as the Trustee was entered on September 18, 2002 (*see* Dkt. No. 168)

3. Copies of fee statements maintained in the ordinary course of business by Counsel that reflect services rendered and expenses incurred and recorded by Counsel for the period between September 16, 2002, through December 1, 2004, are attached hereto as Exhibit 1. The fee statements are divided into sections that correspond to the billing categories summarized in the application.

4. The resumes of Legal Assistants, Wendy DelValle, Hadley E. Fuller and Grace V. Leslie are attached hereto as composite Exhibit 2.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed at San Francisco, California, on December 8, 2004.

*/s/ Joseph W. Beatty*
Joseph W. Beatty
Counsel for Uecker & Associates, Inc.,
Chapter 11 Trustee

Case: 01-45924 Doc# 367 Filed: 12/08/04 Entered: 12/08/04 15:27:53 Page 2 of 2