Linda Shao
20380 Town Center Lane, Suite 218
Cupertino, CA 95014
Telephone: (408) 873-3888
Facsimile No. (408) 873-3889
In Pro Per



# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>MEDIA GROUP, INC.<br><br>Debtor. | Case No. 01-45924 TD<br>Chapter 7<br><br>EX PARTE MOTION TO CONTINUE THE TIME OF HEARING ON TRUSTEE'S MOTION FOR AWARD OF FEES AND COSTS AGAINST LINDA SHAO AND HER FIRM; SUPPORTING DECLARATION OF LINDA SHAO<br><br>Date:<br>Time:<br>Department/Room:201<br>Honorable Leslie Tchaikovsky |

Creditor Linda Shao, the undersigned respectfully requests the court to grant a continuance of the Trustee's motion for fees and costs against Linda Shao and Law Offices of Linda Shao, APLC, from October 6 to a day after November 2 with good cause that Linda Shao will have a complicated one week to ten days' jury trial from October 11, three working days thereafter, is in conflict with Shao's preparation for jury trial, that Trustee's motion raised severe accusation that Shao must be present at the court which will cause prejudice to Shao, which will consume at least four hours of Shao's time before trial. The trial happens to be the one against Media Group's individual defendants, with case number of 1-01-CV803254 pending at the Superior Court of California, Santa Clara County. Shao hoped Trustee's refusal to extend the hearing time was not for the assistance of the state trial court individuals defendants.    As Shao has an infant baby, needs to take care of

two children and Shao has had impaired vision, Shao could not work full time as what she did before. Thus, it is extremely difficult for Shao to handle this motion on October 6, which, appeared to be another harassment to Shao as a retaliation against Shao's previous Rule 11 motion.

This motion was once continued upon the request of Trustee and Shao immediately agreed. However, Shao's request for continuance was rejected by Trustee.

If the court denied this request for extension, Shao respectfully requests to appear by phone. However, Shao has been diagnosed to have some hearing loss after delivery such that it should be best if she may appear in person.

**WHEREFOR,** the undersigned respectfully requests the court set a phone conference and grant this motion. Shao will have a series of trials until after November 3. Her available dates after November 3 are: November 4, 7, 9, 10, 11, 14, 15, 16, 17, 18, 21, 22, 23, 25, 28, 29, 30 December 1, 2, 7, 12, 13, 14, 15, 16, 22, 23.

Dated: September 25, 2005

Respectfully submitted,

By: _____
Linda Shao, Esq.
In Pro Per

### SUPPORTING DECLARATION OF LINDA SHAO

I, Linda Shao, declare:

1. I am over age 18 and am competent to testify at the court if called as a witness.
2. All factual statements mentioned above are true and accurate to the best of my knowledge.

I swear under the penalty of perjury under the laws of the State of California that the foregoing is true and accurate to the best of my knowledge. Executed in Cupertino, California on September 25, 2005.

Linda Shao

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | I am over eighteen years of age and not a party to the within action; my employment address is 20380 Town Center Lane, Suite 218, Cupertino, California. |
| 3 | On September 22, I served a true and correct copy of the following documents with all |
| 4 | exhibits, if any: |
| 5 | **OPPOSITION TO TRUSTEE'S MOTION FOR AWARD OF DAMAGES AGAINST LINDA SHAO AND LAW OFFICES OF LINDA SHAO, A PROFESSIONAL LAW CORPORATION; [proposed] order** |
| 6 | |
| 7 | on the following parties: |
| 8 | |
| 9 | Reidun Stromsheim, Esq. |
| | Elizabeth Murphy, Esq. |
| 10 | Stromsheim & Associates |
| 11 | 353 Sacramento St., Suite 860 |
| | San Francisco, CA 94111 |
| 12 | Fax: (415) 989-2235 |

[x]    BY FACSIMILE TRANSMISSION from Facsimile No. (408) 873-3889 to Facsimile NO. (415) 989-2235   The facsimile machine used for the sending of this facsimile transmission complied with Rule 2003, and no error was reported by the facsimile machine.  Pursuant to Rule 2005(i), I caused the facsimile machine to print a transmission record of the facsimile transmission, a copy of which is attached to this affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date :           September 25, 2005

*/s/ Marie Lee*
Marie Lee