1  REIDUN STRØMSHEIM # 104938
   STROMSHEIM & ASSOCIATES
2  201 California Street, Suite 350
   San Francisco, California 94111
3  Telephone:    (415) 989-4100
   Fax:          (415) 989-2235
4
   Attorneys for Trustee,
5  LOIS I. BRADY
6
7
8                UNITED STATES BANKRUPTCY COURT
9                NORTHERN DISTRICT OF CALIFORNIA
10
   In re:
11 MEDIA GROUP, Inc.                    Case No. 01-45924 TD
   Tax I.D.. 94-3222949
12         Debtor                       Chapter 7
13
              **FINAL APPLICATION FOR COMPENSATION**
14
   TO THE HONORABLE LESLIE TCHAIKOVSKY, UNITED STATES BANKRUPTCY
15 JUDGE:
16         COMES NOW, Reidun Strømsheim, the principal of Stromsheim & Associates, and
17 represents as follows:
18         1.     Applicant is the duly appointed counsel for Lois I. Brady ("Trustee"), by order
19 entered on November 5, 2002. Three prior interim fee applications have been filed in this case.
20         (a)  Pursuant to the first interim application, fees in the amount of $46,969.50 and
21 reimbursement of costs in the amount of $1,654.88 were sought. The amount of $2,100, relating to
22 the litigation with Ms. Shao, was withheld from approval, and $13,498.50, relating to avoidance
23 actions on a contingency fee basis, was not sought approved, as no preference had been recovered
24 by that time.
25         (b) Pursuant to the second interim application, fees in the amount of $101,064.39 and
26 reimbursement of costs in the amount of $7,341.31 were sought, approved, and paid.  This
27 included the reserved $2,100 from the first application.
28         ( c) Pursuant to the third interim application, fees in the amount of  $101,837.50 and costs

STROMSHEIM & ASSOCIATES

in the amount of $4,106.21 were approved, and $50,000 in fees and all of the costs were paid.

The additional fees and costs sought approved herein **$8,229.50**, and **$350.35**, respectively, will be paid from the funds on hand, in the approximate amount of **$280,000**, and Applicant seeks final approval of all previously approved fees.

The prior applications reserved and did not request fees in connection with the first appeal ($22,505.61), and amount is again NOT requested.

2.      An Order for relief under Chapter 11 of Title 11 of the United States Code was entered herein pursuant to a voluntary petition filed by the Debtor on November 5, 2001. During the Chapter 11 case, Susan Uecker was appointed trustee. The case was converted to Chapter 7 on October 25, 2002, and Lois I. Brady is the duly appointed, qualified and acting trustee of the Debtor's estate.

3      The case appeared at first to be a truly no asset case, as set forth in the first interim fee application, in the sense that all assets appeared to be fully encumbered. All of the assets recovered are directly related to the legal services of Applicant.

4.      Since the third interim fee application, the services have been devoted to the 9th Circuit Appeal of the Shao Sanctions, in which Appeal the Trustee prevailed and has collected the $26,663 in sanctions, and to resolving the claim of Alameda County

**Claims Objections**

At the request of the Trustee, Applicant investigated the Claim for Administrative Priority and Priority claims filed by Alameda County. The Administrative claim was filed in the amount of $809,588.65, and the County claimed administrative priority both in the Chapter 7 case and the Chapter 11 case. Applicant prepared and filed the objections, and opened a dialogue with the county's counsel which resulted in the Administrative Claim being changed to a Chapter 11 Admin Claim, in the amount of $138,989.13.

5.2 hours for fees in the amount of **$2,134** are devoted to this category.

**Appeals Subject 5.**

Ms. Shao appealed the second BAP affirmance of the sanction against her to the Ninth Circuit.  Applicant prepared for and attended oral argument, and the estate prevailed.

Applicant recognizes that the fees in the case related to the various appeals of the sanctions asserted against Ms. Shao are high. However, the Trustee believes that it is important to uphold sanctions that are awarded against an "out of control" attorney, and Applicant has voluntarily made significant time entries non-billable, and has also not entered time devoted to the appeals, as set forth in more detail in the Third Interim Fee Application.

13.6 hours for fees in the amount of **$5,452** are devoted to this category, plus additional "no charge" hours.

5. As of May 19, 2010 Applicant has devoted an additional 20.1hours for fees in the amount of $8,229.50 to the case, as set forth on Exhibit "A" hereto.

This amount includes 1.2 hours for fees in the amount of $ 594,00 for the preparation of the present fee application.

6. As of May 19, 2010, Applicant has incurred additional costs in the amount of $350.35, as set forth on Exhibit "A". The costs for which reimbursement is sought represent the actual costs to Applicant, other than the copying charges, which are charged at $.20 per page, unless the copying is done by a third party, in which case the actual charge by that party is sought to be reimbursed.

7. Applicant has entered into no agreement with any person and no understanding exists for division of fees between it and any other attorney, except for the members and associates of Applicant's firm, and it has entered into no agreement with any party for the purpose of fixing the amount of compensation to be paid from the estate. Applicant has not received, nor been promised, any other compensation from any other source for services rendered, or to be rendered, in this case.

//
//
//
//
//
//

STROMSHEIM & ASSOCIATES

1       WHEREFORE applicant requests that final fees in the amount of $8,229.50 and

2  reimbursement of costs in the amount of $594 be allowed and paid, and that all previously

3  approved interim fee application be finally approved, and that the withheld amount of $51,064.39

4  be authorized paid.

5       DATED:May 19, 2010

6                          STROMSHEIM & ASSOCIATES

7

8                             /s/    Reidun Strømsheim
                          Attorneys for trustee,
                          LOIS I. BRADY

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STROMSHEIM &
ASSOCIATES

## **CERTIFICATION**

I, Reidun Stromsheim, have the responsibility in this case for compliance with the Guidelines for Professional Compensation. I have prepared and read the application, and to the best of my knowledge, information and belief, formed after reasonable inquiry, the compensation sought is in conformity with the United States Bankruptcy Court, Northern District of California, Guidelines For Compensation and Expense Reimbursement of Professionals. The compensation and expense reimbursement requested are billed at rates, in accordance with practices, no less favorable than those customarily employed by applicant and generally accepted by applicant's clients.

I declare under penalty of perjury that the foregoing is true and correct, and that if called as a witness I could competently testify thereto.

Executed on May 19, 2010, in the City and County of San Francisco, State of California.


_____/s/_____ Reidun Strømsheim

**TRUSTEE'S STATEMENT RE: REVIEW OF FEE APPLICATION**
**(U.S. Trustee Guidelines, ¶ 2.2.2)**

I, Lois I Brady, hereby certify that I am the duly appointed trustee in In re Media Group, Inc., and that I have read the foregoing final fee application of Stromsheim & Associates, counsel for me in the foregoing bankruptcy case, and I have no objections to that fee application or the fees and costs requested therein.

DATED:     May 19, 2010

                                    /s/          Lois I. Brady

Stromsheim & Associates
Attorneys at Law
201 California Street, Suite 201
San Francisco, CA  94111
Attorneys at Law

Invoice submitted to:
Lois I. Brady

May 19, 2010

In Reference To:          Media Group, Inc., Case No. 01-45924

Invoice #        12445

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | **Appeal 5** | | |
| 12/5/2008 | LS | 9th Cir:  Register for ECF filing. | 0.10 470.00/hr | 47.00 |
| 12/18/2008 | LS | 9th Cir:  Further review of Shao's reply brief to determine that there need not be any change in strategy by the trustee. | 0.30 470.00/hr | 141.00 |
| 4/27/2009 | LS | 9th Cir:  Receive notice of oral argument, calendar, prepare acknowledgement form. | 0.30 470.00/hr | 141.00 |
| 4/29/2009 | LS | Analyze 9th Cir. Lehtinen opinion on further appeal, for inclusion in pre-oral-argument additional case citations with several points of application in the Shao appeal. | 0.30 470.00/hr | 141.00 |
| 5/22/2009 | LS | 9th Cir:  Attention to supplementing with recent caselaw. | 0.20 470.00/hr | 94.00 |
| 5/28/2009 | LS | 9th Cir.:  Checking for new cases and preparation of additional citations letter for oral argument (2.9). | 2.90 470.00/hr | 1,363.00 |
| | LS | 9th Cir.  Preparation for oral argument, review briefs, caselaw. | 2.00 470.00/hr | NO CHARGE |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/1/2009 | LS | 5/29 9th Cir: attention to ECF filing of authorities letter (.1); email to W. Silver forwarding ECF version of trustee's authorities letter (.2). | 0.30 470.00/hr | 141.00 |
| 6/10/2009 | LS | Oral argument tomorrow: confirm identity of judge panel, time, place, whether there are any further filings (.3); review briefs and caselaw and prepare oral argument (2.6). | 2.90 470.00/hr | 1,363.00 |
| 6/11/2009 | LS | 9th: Prepare report of oral argument. | 0.30 470.00/hr | 141.00 |
| | LS | Preparation and writing argument (.8); Travel to and from Court for 9th Circuit oral argument (.5); preparation prior to hearing (.5); hearing Courtroom 1 9:00 a.m. to 10:30 a.m. (1.5). | 3.30 470.00/hr | 1,551.00 |
| 8/17/2009 | LS | 9th Cir: Receive judgment and opinion affirming BAP on jurisdictional grounds and discuss with R. Stromsheim (.2); review bill of costs re cost-effectiveness issue and provide information to paralegal (n.c.). | 0.20 470.00/hr | 94.00 |
| 9/9/2009 | LS | 9th Cir. Receive and review denial by 9th Cir. of petition for rehearing that we never received from W. Silver. | 0.10 470.00/hr | 47.00 |
| 9/10/2009 | LS | 9th Cir.: Investigate W. Silver's petition for rehearing, brief review, and email to W. Silver asking to please alert us of any filings, after checking that we were not served by ECF. | 0.30 470.00/hr | 141.00 |
| 9/17/2009 | LS | 9th Cir: Mandate issued. | 0.10 470.00/hr | 47.00 |
| | SUBTOTAL: | | [      13.60 | 5,452.00] |

Case Mgmt

| 2/3/2009 | RS | Telephone from Bachecki's office re. question on Shao money | 0.10 495.00/hr | 49.50 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
|  | SUBTOTAL: | [ | 0.10 | 49.50] |

### Claims Rev & Ob

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/6/2009 | RS | Telephone to trustee, conference re. issues in claims | 0.10<br>495.00/hr | 49.50 |
| 10/26/2009 | RS | Review and analysis of claims documents from trustee, drafted reply to same (.3) | 0.30<br>495.00/hr | 148.50 |
| 10/27/2009 | RS | Reviewed memo from trustee (.1)Conference LB re. issues on claims, treatment, objections, etc.(.1) | 0.20<br>495.00/hr | 99.00 |
| 11/3/2009 | RS | Revised and finalized objection to admin claim and priority claim of Alameda | 0.70<br>495.00/hr | 346.50 |
| 11/18/2009 | RS | Reviewed communication from Kolm, county counsel re. objection to claim | 0.10<br>495.00/hr | 49.50 |
| 12/22/2009 | KEP | review and analysis of emails form RS and Trustee (.1) review and analysis of files re: POC and obj to POC. and drafted correspondence to Trustee re: same (.7) drafted default dcl and order re: objection to POC #95 (.8) | 1.60<br>220.00/hr | 352.00 |
| 1/12/2010 | RS | Reviewed files and records re. Alameda claim, authorities re. same (.6) drafted communication to Kolm with settlement proposal (.2) | 0.80<br>495.00/hr | 396.00 |
| 2/15/2010 | RS | Reviewed all communication from Kolm, drafted communication to Trustee re. issues in Alameda County claim | 0.30<br>495.00/hr | 148.50 |
| 4/20/2010 | RS | Review and analysis of all information concerning admin.claim of Alameda for 2002, 2003, and drafted proposal to Kolm re. possible resolution of case | 1.10<br>495.00/hr | 544.50 |
|  | SUBTOTAL: | [ | 5.20 | 2,134.00] |

|  |  | Hrs/Rate | Amount |
|---|---|---|---|

### Fee Application

| 5/19/2010 RS | Reviewed files and records, drafted final fee application | 1.20 495.00/hr | 594.00 |

| | SUBTOTAL: | [        1.20 | 594.00] |

| | For professional services rendered | 20.10 | $8,229.50 |

Additional Charges :

### Court Call

| 12/4/2008 | Telephonic hearing before Judge Leslie Tchaikovsky | | 25.00 |

| | SUBTOTAL: | [ | 25.00] |

### Pacer

| 9/5/2008 | 9/5/08 through 10/17/08 | | 7.44 |
| 10/1/2008 | Documents obtained  from Pacer between 10/01/2008 through 7/31/2009 | | 6.24 |
| | Documents obtained  from Pacer between 10/01/2008 through 7/31/2009 | | 1.36 |
| 11/3/2009 | Pacer Charge for Claim 103 | | 0.56 |

| | SUBTOTAL: | [ | 15.60] |

### Photocopies

| 10/1/2008 | 10/1/2008 through 12/31/2008 | | 156.60 |
| 1/1/2009 | 1/1/2009 through 4/30/2009 | | 7.60 |
| 5/1/2009 | 5/1/2009 through 7/31/2009 | | 11.00 |

|                          | Amount |
|--------------------------|-------:|

SUBTOTAL:                                        [       175.20]

Postage

| 10/1/2008 | 10/1/2008 through 12/31/2008 | 93.74 |
| 4/1/2009 | 4/1/2009 through 7/7/2009 | 0.86 |

SUBTOTAL:                                        [        94.60]

Westlaw/Lexis

| 2/1/2009 | 2/1/2009 through 2/28/2009 | 15.59 |
| 4/1/2009 | 4/01/2009 through 4/30/2009 | 8.63 |
| 5/1/2009 | 5/1/2009 through 5/31/2009 | 15.73 |

SUBTOTAL:                                        [        39.95]

Total costs                                               $350.35

Total amount of this bill                              $8,579.85

Previous balance                                    $105,943.71

| 12/17/2008 | Payment - Thank You | ($50,000.00) |
| 12/17/2008 | Payment - Thank You | ($4,106.21) |

Total payments and adjustments                    ($54,106.21)

Balance due                                          $60,417.35