UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
MEDIA GROUP INC § Case No. 01-45924
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that LOIS I. BRADY, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____     By: United States Bankruptcy Court

LOIS I. BRADY
POB 12425
OAKLAND, CA 94604

In re: §
§
MEDIA GROUP INC § Case No. 01-45924
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of* $

*and approved disbursements of* $

*leaving a balance on hand of*[1] $

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| IMPERIAL BUSINESS CREDIT INC | $ |
| GENERAL BANK | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: LOIS I. BRADY | $ | $ |
| Attorney for trustee: STROMSHEIM & ASSOCIATES | $ | $ |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: BACHECKI CROM & CO LLP | $ | $ |
| Special Attorney for trustee: | $ | $ |
| Charges: | $ | $ |
| Fees: OFFICE OF THE US TRUSTEE | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

| | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| | *Other:*_____ | $_____ | $_____ |
| | *Other:*_____ | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Attorney for debtor:*_____ | $_____ | $_____ |
| *Attorney for:*_____ | $_____ | $_____ |
| *Accountant for:*_____ | $_____ | $_____ |
| *Appraiser for:*_____ | $_____ | $_____ |
| *Other: 4P INC*_____ | $_____ | $_____ |
| *Other: ALAMEDA COUNTY TAX COLLECTOR*_____ | $_____ | $_____ |
| *Other: ALAMEDA COUNTY WATER DIST*_____ | $_____ | $_____ |
| *Other: ALARM SERVICE INTERNATIONAL*_____ | $_____ | $_____ |
| *Other: ARAMARK UNIFORM SERVICES* | $_____ | $_____ |
| *Other: B&B PLASTIC RECYCLERS*_____ | $_____ | $_____ |
| *Other: BAKER TANKS INC*_____ | $_____ | $_____ |
| *Other: CAMPEAU GOODSELL SMITH*____ | $_____ | $_____ |
| *Other: FNF CAPITAL INC*_____ | $_____ | $_____ |
| *Other: FOLEY & LARDNER, LLP*_____ | $_____ | $_____ |
| *Other: KEMPER EMPLOYERS INSURANCE*_____ | $_____ | $_____ |
| *Other: PARADISE BAND*_____ | $_____ | $_____ |
| *Other: POLY ONE DISTRIBUTION*_____ | $_____ | $_____ |
| *Other: STATE BOARD OF EQUALIZATION*_____ | $_____ | $_____ |

|            | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Other: | UECKER AND ASSOCIATES INC | $ | $ |
| Other: | US FILTER | $ | $ |
| Other: | USF BESTWAY | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ _____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ _____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be _____ percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | COMDEC INCORPORATED | $_____ | $_____ |
| 000003 | U-TRON TECHNOLOGIES | $_____ | $_____ |
| 000006 | KRAUSS-MAFFEI CORPORATION | $_____ | $_____ |
| 000008 | SERICOL INC | $_____ | $_____ |
| 000010 | SCANAVO LTD | $_____ | $_____ |
| 000011 | AIR SYSTEMS INC | $_____ | $_____ |
| 000012 | POLYONE DISTRIBUTION - AMENDED | $_____ | $_____ |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000014 | ARAMARK UNIFORM SERVICES | $ | $ |
| 000016 | MIDWEST SIGN & SCREEN - REPLACED BY #56 | $ | $ |
| 000017 | GIGASTORAGE CORP | $ | $ |
| 000020 | NIPPON BUNKASEIKO CO LTD | $ | $ |
| 000022 | CHEERING TELECOM INC | $ | $ |
| 000037 | UNITED STATES PHILIPS CORP - REPLACED | $ | $ |
| 000056 | MIDWEST SIGN & SCREEN PRINTING SUPPLY | $ | $ |
| 000095 B | POLY ONE DISTRIBUTION | $ | $ |

Tardily filed claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be _____ percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be _____ percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The amount of surplus returned to the debtor after payment of all claims and interest is $            .

Prepared By: /s/Lois I. Brady
Chapter 7 Trustee

LOIS I. BRADY
POB 12425
OAKLAND, CA 94604

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.