1 | CAMPEAU GOODSELL SMITH, L.C.
SCOTT L. GOODSELL, #122223
2 | WILLIAM J. HEALY, #146158
440 N. 1st Street, Suite 100
3 | San Jose, California 95112
Telephone: (408) 295-9555
4 | Facsimile: (408) 295-6606

5 | ATTORNEYS FOR
Campeau Goodsell Smith

The following constitutes
the order of the court. Signed November 10, 2010

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### (Oakland Division)

In re:                          ) Case No. 01-45924
                                )
MEDIA GROUP, Inc.,              ) CHAPTER 7 (converted from Chapter 11)
                                )
            Debtor.             ) Date: November 3, 2010
                                ) Time: 2:00 p.m.
                                ) Place: 1300 Clay Street, Suite 300
                                )        Oakland, CA 94612
                                )        Courtroom 201
                                ) Judge: Rodger L. Efremsky
_____)

**ORDER APPROVING FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES BY CAMPEAU GOODSELL SMITH AND FOR UECKER & ASSOCIATES, INC.**

The Court, having read and considered the application of Debtor's counsel Campeau Goodsell Smith for final compensation for services rendered and costs incurred in the total sum of $178,053.20 (claim filed 9/8/03, fee application filed 6/29/04 doc#358) consisting of $174,476.50 in fees and $3,576.70 in costs) and the application of Chapter 11 Trustee Susan L. Uecker of Uecker & Associates, Inc. in the total sum of $51,743.54 (claim filed 3/4/03, fee app filed 1/19/05 doc#368, and amended claim filed on 9/8/10, for 9/11/02 – 10/31/02) consisting of fees $51,172.00 and costs of $571.54) ("Applicants"), having held a hearing on November 3, 2010, having noted the absence of any objections thereto, and having found good cause, does hereby approve the applications of

**ORDER APPROVING FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES BY CAMPEAU GOODSELL SMITH AND FOR UECKER & ASSOCIATES, INC.**

Case: 01-45924  Doc# 467  Filed: 11/10/10  Entered: 11/10/10 13:48:58  Page 1 of 3

Campeau Goodsell Smith in the amount of $174,476.50 in fees and $3,576.70 in costs and of Susan L. Uecker of Uecker & Associates, Inc. in the amount of $51,172.00 in fees and costs of $ 571.54.

***End of Order***

**ORDER APPROVING FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES BY CAMPEAU GOODSELL SMITH AND FOR UECKER & ASSOCIATES, INC.**
2

Case: 01-45924    Doc# 467    Filed: 11/10/10    Entered: 11/10/10 13:48:58    Page 2 of 3

| | |
|---|---|
| 1 | **Court Service List** |
| 2 | Media Group, Inc. |
| 3 | 44799 Industrial Dr.<br>Fremont, CA 94538-6430 |
| 4 | Jay D Crom |
| 5 | 180 Montgomery St.<br>Suite 2340 |
| 6 | Uecker and Associates, Inc. |
| 7 | 1 Front St. #1550<br>San Francisco, CA 94111-5370 |
| 8 | |
| 9 | Lois I. Brady<br>P.O. Box 12425<br>Oakland, CA 94604 |
| 10 | |
| 11 | Law Offices of Stromsheim and Assoc.<br>201 California St. #350 |
| 12 | San Francisco, CA 94111 |
| 13 | Law Offices of Foley and Lardner<br>1 Maritime Plaza 6th Fl. |
| 14 | San Francisco, CA 94111-3404 |
| 15 | Office of the U.S. Trustee/Oak |
| 16 | Office of the U.S. Trustee<br>1301 Clay St. #690N<br>Oakland, CA 94612 |
| 17 | |

**ORDER APPROVING FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES BY CAMPEAU GOODSELL SMITH AND FOR UECKER & ASSOCIATES, INC.**

3

Case: 01-45924   Doc# 467   Filed: 11/10/10   Entered: 11/10/10 13:48:58   Page 3 of 3