```
 1  LOIS I. BRADY (Bar No. 127596)
    Chapter 7 Trustee
 2  Pob 12425
    Oakland, CA 94604
 3  (510) 452-6498
    (510) 452-6499 fax
 4  loisbrady@sbcglobal.net
```

**FILED**
FEB 1 0 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

**RECEIVED**
FEB 1 7 2011
BANKRUPTCY COURT
OAKLAND, CALIFORNIA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:                                   ) Case No: 01-45924-E-7
                                         ) Chapter 7
MEDIA GROUP, INC.,                       )
                                         ) NOTICE OF UNCLAIMED DIVIDENDS
                                         )
         Debtor(s)                       )
_____)

TO THE CLERK OF COURT, U. S. BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3010, the Trustee in the above captioned case hereby turns over to the Court unclaimed dividends, unable to locate claimant, in the amount of $674.93. The name(s) and address(es) of the claimant(s) entitled to the unclaimed dividend(s) are as follows:

| CLAIM # | CLAIMANT | DIVIDEND PAYMENTS |
|---|---|---|
| 75 | Paradise Band<br>Derek Xiong<br>2420 N. Jackson Avenue<br>Fresno, CA 93703 | 674.93 |

The total of the unclaimed dividends is $610.32.

Dated: February 3, 2011

*/s/ L. Brady*
Lois I. Brady
Chapter 7 Trustee

Case: 01-45924   Doc# 479   Filed: 02/10/11   Entered: 02/17/11 15:00:14   Page 1 of 1