LOIS I. BRADY (Bar No. 127596)
Chapter 7 Trustee
Pob 12425
Oakland, CA 94604
(510) 452-6498
(510) 452-6499 fax

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In re:

MEDIA GROUP INC

              Debtor(s)

Case No: 01-45924-E-7
Chapter 7

NOTICE OF UNCLAIMED DIVIDENDS

TO THE CLERK OF COURT, U. S. BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3010, the Trustee in the above captioned case hereby turns over to the Court unclaimed dividends over 90 days old in the amount of $3,986.47. The name(s) and address(es) of the claimant(s) entitled to the unclaimed dividend(s) are as follows:

| CLAIM # | CLAIMANT | DIVIDEND PAYMENTS |
|---|---|---|
| ADMIN | FNF CAPTIAL INC<br>c/o David E. Pinch<br>2890 N. Main Street #200<br>Walnut Creek, CA 94596 | $3,986.47 |

The total of the unclaimed dividends is $3,986.47.

Dated: April 20, 2011

Lois I. Brady
Chapter 7 Trustee